423 A.2d 1324

Poulopoulos et ux. v. Mohawk Rubber Co. et al.

Appeal of Mohawk Rubber Co.

 Argued September 10, 1979. Charles W. Craven, for appellant; James Hilly, for appellee.

Before CERCONE, P. J., and WATKINS and LIPEZ, JJ.

Order affirmed.

CERCONE, P. J., concurred in the result.

423 A.2d 1324

Zelazowski v. Zelazowski, Appellant.

Argued April 10, 1979. Fred C. Trenor, for appellant; Suzanne Zelazowski, for appellee, in propria persona.

Before VAN der VOORT, SPAETH and WATKINS, JJ.

Order affirmed.